Charles H. Prestin, appellee, v. Paul H. Tulupan, appellant. Gen. No. 30,044.

Action for injury by automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Hollywood & Tate, for appellant; Leo M. Tarpey, of counsel. Barnard J. Baumer and John E. Foster, for appellee; John E. Foster, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Abe Goldberg, plaintiff in error. Gen. No. 30,066.

Prosecution for contributing to delinquency of minor. Conviction and sentence upon finding of guilt. Error to the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed. Opinion filed November 23, 1925.

Rudolph Frankenstein, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Robert A. Uihlein, appellee, v. George K. Droege, appellant. Gen. No. 30,072.

Action of forcible detainer, finding of guilty and judgment for restitution. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Gustav Buchheit, for appellant. Miller, Gorham, Wales & Noxon, for appellee; Edward R. Adams, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Courtenay Barber, appellant, v. Harold H. King, appellee. Gen. No. 30,090.

Action upon promissory notes. Judgment upon verdict for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry F. Hamlin, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925. Rehearing denied December 7, 1925.

M. B. Waltz and Henry T. Chace, Jr., for appellant; Leslie A. Cranston, of counsel. Henry A. Gano, for appellee; Franklin R. Overmeyer, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.